December 8, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

NO. 14-11-00811-CV

IN THE INTEREST OF S.G.K. and J.L.A.K., Children

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on August 19, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by RUSTY YELEY.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.